WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**GEOFFREY A. BARROW, D.C. #462662**
Geoffrey.Barrow@usdoj.gov
**KATHERINE A. RYKKEN, CAB #267196**
Katherine.Rykken@usdoj.gov
Assistant United States Attorneys
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00078-IM |
| v. | **MOTION TO UNSEAL INDICTMENT** |
| RUOYU DUAN, aka "Duan Xiao Yu," aka D.X.Y.," aka "Lao Duan," aka "Little Fish; and LI TIAN, | |
| **Defendants.** | |

The United States hereby moves to unseal the Indictment in this case.  The defendants have been arrested and will begin making their initial appearances on March 6, 2025, and March 7, 2025.

Dated: March 6, 2025                                Respectfully submitted,

                                                    WILLIAM M. NARUS
                                                    Acting United States Attorney

                                                    */s/ Katherine A. Rykken*
                                                    KATHERINE A. RYKKEN, CAB #267196
                                                    GEOFFREY A. BARROW, D.C. #462662
                                                    Assistant United States Attorneys